# ELECTRONIC RECORD

COA #   12-14-00185-CR                    OFFENSE:   19.03

STYLE:  Jonathan Baker v. The State of Texas        COUNTY:   Dallas

COA DISPOSITION:   MODIFY AFFIRM          TRIAL COURT:   283rd District Court

DATE: 6/30/2015              Publish: NO   TC CASE #:   F-1300422-T

# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Jonathan Baker v. The State of Texas        CCA #:   966-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:        DATE: _____

_____REFUSED_____                JUDGE: _____

DATE: 10/14/2015                 SIGNED: _____   PC: _____

JUDGE: _____             PUBLISH: _____   DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD